

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| F. M. G. W., | § | No. 08-11-00365-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| D. S. W., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010CM1285) |
| | § | |

# **O R D E R**

The Court, on its own motion, VACATES the May 23, 2013 submission and oral argument setting.

IT IS SO ORDERED this 8th day of May, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.
(McClure, C.J., not participating)